DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-363-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DAJUAN AKEEM BLAIR, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Continue Sentencing Hearing. (Doc. No. 46).

The motion is **GRANTED**, and Defendant's sentencing hearing shall be continued to at least 30 days from his currently scheduled sentencing hearing.

Signed: March 1, 2022

Max O. Cogburn Jr
United States District Judge