UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-363-MOC

| UNITED STATES OF AMERICA, | ) |
|---|---|
| vs. | ) |
| | ) **ORDER** |
| DAJUAN AKEEM BLAIR, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's pro se Letter, which the Court construes as a pro se Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2). (Doc. No. 59).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: December 4, 2024

Max O. Cogburn Jr.
United States District Judge

1